NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
    Facsimile: (213) 894-0115
    E-mail: najah.shariff@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TICOR TITLE COMPANY OF CALIFORNIA, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>LINA MINKOVITCH, an individual; YAN MINKOVITCH, an individual; UNITED STATES OF AMERICA; and DOES 1-25, inclusive,<br><br>Defendant[s]. | Case No. 2:18-cv-03999-FMO-PLA<br><br>ORDER DISMISSING THE UNITED STATES AND REMANDING CASE TO STATE COURT |

Pursuant to the Notice of Resolution of Federal Issues and Request to Remand Case Back to State Court, it is ordered that:

1. The United States of America is dismissed as a party in this action.

2. The case is REMANDED to the Superior Court of the State of California for the County of Los Angeles.

3. Any pending motion is **denied as moot.**

DATED: May 22 , 2019              /s/
                                        HONORABLE FERNANDO M. OLGUIN
                                        UNITED STATES DISTRICT JUDGE